# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| **ARTHUR LOPEZ,** ) | **No. SA CV 18-00032-VBF** |
| Plaintiff, ) | **FINAL JUDGMENT** |
| v. ) | |
| SANTA ANA POLICE DEPARTMENT, ) | |
| CITY OF SANTA ANA, DATA TICKET INC., ) | |
| JUDICIAL COUNCIL OF CALIFORNIA, ) | |
| SUPERIOR COURT OF CALIFORNIA Orange County, ) | |
| and DOES 1-100, ) | |
| Defendants. ) | |

Pursuant to this Court's January 29, 2018 Order Denying the Request to Proceed In Forma Pauperis and Dismissing the Action <u>With</u> Prejudice, **final judgment is hereby entered in favor of all defendants and against plaintiff Arthur Lopez.**

Dated: January 30, 2018

*Valerie Baker Fairbank*

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge